ABRAHAM SACKS, Respondent, *v.* LOUIS E. PHILLIPS, Appellant, et al., Defendants.

Submitted May 24, 1943; decided June 10, 1943.

*Arthur S. Gales* and *Joseph S. Robinson* for motion.

*James P. Evers* and *James J. McLaughlin* opposed.

Motion denied.